| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | RECEIVED JUN 2 6 2006 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA | DOCKET NUMBER *(Tran. Court)* A03-0023-01 CR (JKS) |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* CR-06-489-GHK |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Lamont Ladell Moore Central District of California | | | DIVISION Anchorage, Alaska |
| | | DISTRICT OF ALASKA | |
| | | NAME OF SENTENCING JUDGE Honorable James K. Singleton, Senior U.S. District Court Judge | |
| | | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/10/05 — TO 11/9/08 |

OFFENSE

Attempted Possession with Intent to Distribute a Controlled Substance - Cocaine, 21 U.S.C. § 846

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 1 4 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ALASKA</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5/18/06
Date

**REDACTED SIGNATURE**
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>CENTRAL DISTRICT OF CALIFORNIA</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUN 1 2 2006
Effective Date

**REDACTED SIGNATURE**
United States District Judge

DOCKETED ON CM
JUN 2 1 2006